UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH URBINATI, JR.,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD LUTNICK, in his official capacity as Secretary of the United States Department of Commerce; and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,<br><br>Defendants,<br><br>and<br><br>WHALE AND DOLPHIN CONSERVATION, INC.; CENTER FOR BIOLOGICAL DIVERSITY; CONSERVATION LAW FOUNDATION; and DEFENDERS OF WILDLIFE.<br><br>Defendant Intervenors (proposed). | 26-CV-02884 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Prospective Defendant Intervenors Conservation Law Foundation and Whale and Dolphin Conservation, Inc. are directed to serve their notices of appearance on Plaintiff and file affidavits of service with respect to their notices of appearance on the docket by **May 13, 2026**.

All other prospective Defendant Intervenors who plan to move to intervene in this matter are directed to serve their notices of appearance on Plaintiff and file affidavits of service with respect to their notices of appearance on the docket within 48 hours of filing their notices of appearance.

DATED:  May 11, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**