**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 31, 2026

**<u>BY ECF</u>**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Urbinati, Jr. v. Lutnick*, 26 Civ. 02884 (VSB) (RFT)

Dear Judge Tarnofsky:

This Office represents Defendants Howard Lutnick, in his official capacity as Secretary of the United States Department of Commerce, and the National Oceanic and Atmospheric Administration (collectively, the "Government"), in the above-referenced case brought pursuant to the Administrative Procedure Act ("APA"). I write respectfully, on behalf of all parties, in advance of the telephonic conference that is scheduled for tomorrow, September 1, 2026, at 10:30 AM, to jointly propose a schedule for the parties' cross-motions for summary judgment and production of the administrative record.

Plaintiff filed the Complaint in this action on April 8, 2026, ECF No. 1, and an Amended Complaint on July 21, 2026, ECF No. 40. The Government filed an Answer to the Amended Complaint on August 4, 2026. ECF No. 41. On August 27, 2026, the Court issued an order scheduling a telephonic conference for September 1, 2026, to discuss the status of the case. ECF No. 43.

Plaintiff and the Government both intend to move for summary judgment and agree that discovery beyond the administrative record is not required for purposes of those motions. The parties therefore jointly propose the following schedule:

- The Government will produce the administrative record to Plaintiff by September 18, 2026;
- Plaintiff will file his motion for summary judgment by November 13, 2026;
- The Government will file its cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment by December 23, 2026;
- Plaintiff will file his opposition to the Government's cross-motion for summary judgment and reply in further support of Plaintiff's motion for summary judgment by January 22, 2027;

- The Government will file its reply in further support of its motion for summary judgment and submit the administrative record to the Court by February 12, 2027.

Based on the foregoing status update and proposed schedule in this case, if the Court does not require further information from the parties at this time, the parties respectfully request that the Court so order the proposed schedule and adjourn the telephonic conference scheduled for September 1.[1] The parties remain prepared to appear for the telephonic conference should the Court prefer not to adjourn it.

We thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Mollie Kornreich*
MOLLIE KORNREICH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel. (212) 637-3274
mollie.kornreich@usdoj.gov

[1] The parties are mindful that the Court's Individual Practices in Civil Cases require that requests for adjournments be made at least one week before the deadline absent good cause. In this instance, there is good cause for the timing of this request; the parties received notice on Thursday, August 27, that the conference was scheduled for Tuesday, September 1, and the parties only reached agreement on the briefing schedule proposed in this letter today.