**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 18, 2026

**BY ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Urbinati, Jr. v. Lutnick*, 26 Civ. 02884 (VSB) (RFT)

Dear Judge Tarnofsky:

This Office represents Defendants Howard Lutnick, in his official capacity as Secretary of the United States Department of Commerce, and the National Oceanic and Atmospheric Administration (collectively, the "Government"), in the above-referenced case brought pursuant to the Administrative Procedure Act ("APA"). I write respectfully, with Plaintiff's consent, to request that the Government's deadline for producing the administrative record to Plaintiff be extended by one week, from September 18, 2026 (today) to September 25, 2026, for the reasons explained below.

On September 1, 2026, the Court granted the parties' proposed schedule for summary judgment briefing and production and filing of the administrative record. *See* ECF No. 46. Pursuant to this schedule, the deadline for the Government to produce the administrative record to Plaintiff is today, September 18. *Id*. This is separate from the deadline for filing the administrative record, which coincides with close of summary judgment briefing in February 2027. *Id*. In preparing the administrative record for production, the Government realized yesterday that there were issues relating to the Bates numbering and a hyperlinked index that require correction. Agency staff are unable to create a corrected copy today. Accordingly, the Government requires additional time to produce the administrative record.[1]

As noted above, Plaintiff consents to this request. This is the Government's first request to extend this deadline, and no other deadlines in the case would be impacted by this change.

I thank the Court for its consideration of this request.

[1] The Government is mindful that the Court's Individual Practices in Civil Cases require that extension requests be made at least one week before the deadline absent good cause. In this instance, the Government only realized yesterday that there was an issue with the record's Bates numbering and learned from the National Oceanic and Atmospheric Administration this morning that the necessary correction could not be done today. The Government therefore respectfully submits that there is good cause for the timing of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Mollie Kornreich*

MOLLIE KORNREICH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel. (212) 637-3274
mollie.kornreich@usdoj.gov