UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Urbinati, Jr.,<br>Plaintiff,<br>-against-<br>Howard Lutnick, et al.,<br>Defendants. | 26CV02884 (VSB) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Proposed Intervenors' Second Motion to Intervene. (ECF 49). Oppositions, if any, shall be due by **October 30, 2026**, and Proposed Intervenors' reply, if any, in further support of their Motion shall be due by **November 9, 2026**.

DATED: October 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge