PACIFIC LEGAL FOUNDATION

October 16, 2026

**BY ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Urbinati, Jr. v. Lutnick*, 26 Civ. 02884 (VSB) (RFT)

Dear Judge Tarnofsky:

I write on behalf of Plaintiff Joseph Urbinati, Jr. to request an extension of the briefing schedule for the parties' cross-motions for summary judgment.

Under the current schedule, Plaintiff's opening motion for summary judgment is due November 13, 2026. On October 14, 2026, the Court entered an order setting a briefing schedule on the proposed intervenors' second motion to intervene, Dkt. No. 49, with oppositions due October 30 and the proposed intervenors' reply due November 9. Dkt. No. 53. Because the intervention motion will not be fully briefed until four days before Plaintiff's opening summary-judgment deadline, Plaintiff respectfully requests an extension to accommodate briefing on the intervention motion and allow additional time for the Court to consider that motion before merits briefing begins.

Plaintiff proposes the following revised schedule, to which the Government has consented:

- Plaintiff will file his motion for summary judgment by December 14, 2026 (currently November 13, 2026);

- The Government will file its cross-motion for summary judgment and opposition to Plaintiff's motion by January 28, 2027 (currently December 23, 2026);

- Plaintiff will file his opposition to the Government's cross-motion and reply in further support of his motion by February 26, 2027 (currently January 22, 2027); and

- The Government will file its reply in further support of its cross-motion for summary judgment and submit the administrative record to the Court by March 19, 2027 (currently February 12, 2027).

The proposed schedule also accounts for the intervening holidays. This is Plaintiff's first request to extend the summary-judgment briefing schedule.

Plaintiff respectfully requests that the Court so order the proposed schedule.

Plaintiff thanks the Court for its consideration of this request.

Respectfully,

*/s/ Allison D. Daniel*
ALLISON D. DANIEL
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (916) 419-7111
ADaniel@pacificlegal.org

Application GRANTED.

- The deadline for Plaintiff to file his motion for summary judgment is extended until **December 14, 2026**;
- The deadline for the Government to file its cross-motion for summary judgment and opposition to Plaintiff's motion is extended until **January 28, 2027**;
- The deadline for Plaintiff to file its opposition to the Government's cross-motion and reply, if any, in further support of its motion is extended until **February 26, 2027**; and
- The deadline for the Government to file its reply, if any, in further support of its cross-motion and submit the administrative record to the Court is extended until **March 19, 2027**.

The Clerk of Court is respectfully requested to terminate ECF 56.

Dated: October 16, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE